1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  VICTORIA ZETWICK, | No.  2:12-cv-02486-TLN-AC |
| 11          Plaintiff, | |
| 12       v. | **ORDER** |
| 13  COUNTY OF YOLO; EDWARD G. PRIETO, DOES 1 through 10, inclusive, | |
| 14 | |
| 15          Defendants. | |
| 16  ROBIN GONZALEZ, | No.  2:13-cv-01368-KJM-AC |
| 17          Plaintiff, | |
| 18       v. | |
| 19  COUNTY OF YOLO; EDWARD G. PRIETO, an individual; DOES 1 through 20, inclusive, | |
| 20 | |
| 21          Defendants. | |

22

23

24        The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule

25  123.  Assignment of the matters to the same judge is not likely to effect a substantial savings of

26  judicial effort or other economies.  These actions involve the same or similar defendants, but the

27  actions involve different plaintiffs, there are facts unique to each case, it is not clear that the same

28  result should follow in these actions, and assignment to different judges would not entail

1

substantial duplication of labor.  Therefore, 2:13-cv-01368-KJM-AC shall not be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: December 6, 2013




Troy L. Nunley
United States District Judge

2