UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GONZALEZ,

Plaintiff,

v.

COUNTY OF YOLO; EDWARD G. PRIETO, an individual; and DOES 1 through 50, inclusive,

Defendants.

No. 2:13-cv-01368-KJM-AC

ORDER

On January 30, 2015, the court held a hearing on the defendants' pending motions for summary judgment. Minutes, ECF No. 43; Mot. Summ. J., ECF No. 36; Mot. Summ. J., ECF No. 37.

The court takes judicial notice that on March 12, 2015, the Trustee in *In re Jose Gonzalez, Robin Gonzalez*, Bankruptcy Case No. 09-26667 (Bankr. E.D. Cal. filed Apr. 8, 2009), moved to convert the case from a Chapter 13 case to a Chapter 7 case under 11 U.S.C. § 1307(c). Bankr. Case No. 09-26667, ECF No. 91. The motion is noticed for hearing on June 24, 2015. *Id.*

The parties in this action are hereby each granted leave to file a simultaneous brief of no more than five pages, to be filed within fourteen days, addressing whether this court should

withhold issuance of an order on the pending motions for summary judgment until the bankruptcy court addresses the motion to convert pending before that court.

IT IS SO ORDERED.

DATED: May 19, 2015.

UNITED STATES DISTRICT JUDGE